# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Azure, Varinia | Docket No. | 0980 1:25CR02143-RLP-3 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Varinia Azure, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026, under pretrial conditions noted in ECF No. 31. Additional conditions of pretrial release were imposed by the Honorable Alexander C. Ekstrom on February 6, 2026 (ECF No. 95).

Standard Condition #12 (ECF No. 31): Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law

Special Condition #2 (ECF No. 95): Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Azure signed her condition of release, dated January 9, 2026, ECF No. 31, on January 13, 2026, acknowledging an understanding. Additionally, she signed ECF No. 95, order imposing additional conditions of release, on February 11, 2026, acknowledging an understanding.

Violation #1: Ms. Azure is in violation of her condition of pretrial release by consuming cocaine, marijuana, and alcohol on or before February 6, 2026.

On February 6, 2026, Ms. Azure appeared before Your Honor on a motion to reopen detention to impose additional conditions of pretrial release based on self-reported drug use. Your Honor ordered Ms. Azure to submit to drug testing upon the completion of court proceedings, which she did. The urine sample tested presumptive positive for marijuana, cocaine, and alcohol. The sample was sent to Abbott Laboratory for marijuana levels. To be noted, on February 4, 2026, Ms. Azure admitted to United States Probation Officer Balles, and signed a drug use admission form, that she consumed a fifth of Jack Daniels (alcohol), cocaine, and marijuana on or about February 1, 2026.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: February 17, 2026 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**Re: Azure, Varinia**
**February 17, 2026**
**Page 2**

THE COURT ORDERS

[X]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

2/18/2026
Date