# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Azure, Varinia | Docket No. | 0980 1:25CR02143-RLP-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Varinia Azure, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026, under pretrial conditions noted in ECF No. 31. Additional conditions of pretrial release were imposed by the Honorable Alexander C. Ekstrom, U.S. Magistrate Judge, on February 6, 2026 (ECF No. 95).

Standard condition # 12 (ECF No. 31): Controlled Substance Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

Special Condition #1 (ECF No. 95) : Defendant shall submit to a substance abuse evaluation on or before Tuesday, February 10, 2026, and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Azure signed her condition of release, dated January 9, 2026, ECF No. 31, on January 13, 2026, acknowledging an understanding . Additionally, she signed ECF No. 95, order imposing additional conditions of release, on February 11, 2026, acknowledging an understanding.

**Violation #3:** Ms. Azure is in violation of her conditions of pretrial release by failing to show for an individual appointment with her counselor at Triumph Treatment Services (Triumph) on June 10, 2026.

On June 11, 2026, this officer received a phone call from Ms. Azure's counselor at Triumph. She advised she was concerned as she had an appointment with Ms. Azure that day, however, she did not call and was a no showed for the appointment. The counselor stated she spoke with Ms. Azure via telephone on June 10, 2026, to reschedule the appointment to June 11, 2026, and Ms. Azure confirmed she would be present. Her counselor stated she made telephone contact with Ms. Azure on June 11, 2026, after the missed appointment and Ms. Azure stated "she forgot."

**Violation #4**: Ms Azure is in violation of her conditions of pretrial release by consuming cocaine on, about or before June 9, 2026.

On June 12, 2026, this officer was contacted by Ms. Azure's counselor at Triumph. She advised a drug test was collected during Ms. Azure's intake in their office on June 9, 2026. Results were received June 12, 2026, reflecting a positive reading for cocaine at 3000 ng/mL.

PRAYING THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH PENDING ALLEGATIONS PENDING BEFORE THE COURT AND ISSUE A WARRANT.

**PS-8**

**Re: Azure, Varinia**

**June 12, 2026**

**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      06/12/2026

by      s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]      No Action

[X]      The Issuance of a Warrant

[ ]      The Issuance of a Summons

[X]      The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]      Defendant to appear before the Judge assigned to the case.

[X]      Defendant to appear before the Magistrate Judge.

[ ]      Other

Signature of Judicial Officer

6/15/2026

Date